IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No.  06-cr-00396-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD ANDREW DURAN,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following Minute Order is entered by Judge Walker D. Miller:

    Jury trial (3 days) will begin **December 4, 2006, at 8:30 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.  Deadline for filing motions is October 30, 2006; government responses are due November 6, 2006.

    **The parties are directed to my Pretrial and Trial Procedures available in the Clerk's office or on the court's website: www.cod.uscourts.gov.  These govern all proceedings in my court and indicate what my expectations are.**

Dated:  October 5, 2006

                                            s/ Jane Trexler, Judicial Assistant